# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CARMANITA GONZALES,

    Plaintiff,

v.                              CASE NO: 12-10724-DT

COMMISSIONER OF SOCIAL SECURITY

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court on defendant's motion to dismiss. This matter was referred to United States Magistrate Judge Mark A. Randon pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. The magistrate judge issued his report on June 20, 2012, recommending that Defendant's motion be granted, and that Plaintiff's complaint be dismissed with prejudice. No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C).

Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this Order.

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Defendant's motion is GRANTED and the complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: August 8, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 8, 2012, by electronic and/or ordinary mail.

                                                          S/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522