UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARMANITA GONZALES,

    Plaintiff,

v.                                  CASE NO: 12-CV-10724-DT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation entered on August 8, 2012.

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

ENTERED BY ORDER OF THE COURT

 S/Lisa G. Wagner
LISA G. WAGNER, CASE MANAGER
AND DEPUTY CLERK TO THE
HONORABLE ROBERT H. CLELEND